The Honorable Richard A. Jones

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JUSTIN STONE, an individual, | NO. 3:21-cv-05511-RAJ-JRC |
| Plaintiff, | **STIPULATION FOR AND AGREED ORDER OF DISMISSAL AND REMAND** |
| vs. | |
| STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, STAFFORD CREEK CORRECTIONS CENTER, STEPHEN SINCLAIR, SARAH SYTSMA, HOWARD YARDLEY, D. BREWER, RONALD HAYES, DR. J. MCDANIEL, | |
| Defendants. | |

This stipulation is between the Plaintiff Justin Stone and Defendants State of Washington, Department of Corrections, Stafford Creek Corrections Center, Stephen Sinclair, Howard Yardley, D. Brewer, Ronald Hayes, and Dr. J. McDaniel (hereinafter, "Stipulating Defendants"). In accord with Fed.R.Civ.P. 41(a)(1)(A)(ii) the parties hereby stipulate to the following:

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL AND
REMAND
-- NO. 3:21-CV-05511-RAJ-JRC

1

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA 98401
(253) 593-5243

1    1.  The Court's DISMISSAL WITH PREJUDICE of all pending claims against the

2 individually named defendants Stephen Sinclair, Howard Yardley, D. Brewer, Ronald Hayes, and

3 Dr. J. McDaniel.

4    2.  The Court's DISMISSAL WITH PREJUDICE of Plaintiff's Third Cause of

5 Action, brought under the Eighth Amendment to the United States Constitution.

6    3.  The Court's REMAND of all remaining state law claims against the State of

7 Washington Department of Corrections and Stafford Creek Corrections Center to the Washington

8 State Superior Court pursuant to 28 U.S.C. §1447(c) for lack of subject-matter jurisdiction.

       DATED this _31st___ day of May, 2022.

ROBERT W. FERGUSON     LAW OFFICE OF DONNA B. GIBSON, PLLC
Attorney General

            s/ Donna Gibson
*/s/ William C. Schwarz*
WILLIAM SCHWARZ, WSBA #47122  DONNA GIBSON, WSBA # 33583
Assistant Attorney General      Attorney for Plaintiff
Attorneys for Defendants

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL AND
REMAND
-- NO. 3:21-CV-05511-RAJ-JRC

2

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243

## ORDER

This matter comes before the Court on the parties' stipulation pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). IT IS HEREBY ORDERED:

1.      That all claims against the individually named defendants, Stephen Sinclair, Howard Yardley, D. Brewer, Ronald Hayes, and Dr. J. McDaniel, are hereby DISMISSED WITH PREJUDICE.

2.      That Plaintiff's Third Cause of Action, brought under the Eighth Amendment to the United States Constitution, is hereby DISMISSED WITH PREJUDICE.

3.      That all remaining state law claims against the State of Washington are hereby REMANDED for further disposition to Pierce County Superior Court.

DATED this 1st day of June 2022.


_____
HON. RICHARD A. JONES

Presented by:

ROBERT W. FERGUSON
Attorney General

_/s/ William C. Schwarz_____
WILLIAM C. SCHWARZ
WSBA No. 47122; OID No. 91105
Assistant Attorney General
Attorneys for Defendants


LAW OFFICE OF DONNA B. GIBSON, PLLC


_s/ Donna Gibson_____
DONNA GIBSON, WSBA # 33583 Attorney for Plaintiff

STIPULATION FOR AND AGREED
ORDER OF DISMISSAL AND
REMAND
-- NO. 3:21-CV-05511-RAJ-JRC

3

OFFICE OF THE ATTORNEY GENERAL
1250 Pacific Avenue, Suite 105
P.O. Box 2317
Tacoma, WA  98401
(253) 593-5243